

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-15-00438-CR and 04-15-00439-CR

Christopher J. **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4826B
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 13, 2016.

_____
Patricia O. Alvarez, Justice